In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK et al., as Surviving Trustees under the Will of FELIX CAMPBELL, Deceased.

Surrogate's Court, Kings County, October 23, 1947.

*Good & Kent* for trustees.

*William T. Foley, Jr.,* for Alice C. Good, individually.

*James H. Hickey* for Edwin H. Denby, individually and as one of executors of Sadie Campbell Denby, deceased.

*Miles F. McDonald,* special guardian for Gerard W. Smith and others, infants.

McGAREY, S. For the reasons set forth in the accompanying opinion (190 Misc. 705) construing clause sixteenth of the testator's will, the surviving spouse of testator's daughter Sadie is not entitled to participate in the distribution of the remainder under clause eighteenth of testator's will and the same is construed accordingly.